UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In the Matter of the Claim the claim of D.M., an infant,
by her Father and Natural Guardian, JULIO CEASER          Docket No.: 26 CV 306
MORALES, and JULIO CEASER MORALES Individually,

                              Plaintiff,

           -against-                                      **NOTICE OF**
                                                          **REMOVAL**

MONROE-WOODBURY CENTRAL SCHOOL
DISTRICT; THE BOARD OF EDUCATION OF
THE MONROE WOODBURY CENTRAL
SCHOOL DISTRICT; MONROE WOODBURY
HIGH SCHOOL; JASON McELROY; DYLAN
FERRIER; LESLIE DIMAS; AND JOHN DOE
AND JANE DOE 1-4 Being unknown Unnamed
Defendants,

                              Defendants
-------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, Defendants, MONROE-WOODBURY CENTRAL

SCHOOL DISTRICT, THE BOARD OF EDUCATION OF THE MONROE WOODBURY

CENTRAL SCHOOL DISTRICT, MONROE WOODBURY HIGH SCHOOL, JASON

McELROY, DYLAN FERRIER and LESLIE DIMAS, by and through their attorneys,

SILVERMAN & ASSOCIATES, hereby remove this action to the United States District Court

for the Southern District of New York, pursuant to 28 U.S.C. §§1441 and 1331.

1.      This action was commenced in the Supreme Court of the State of New York,

County of Westchester, with the filing of a Summons and Complaint on November 13, 2025. *See*

Exhibit A – State Court Complaint ("Compl.")

2.      The Complaint seeks damages arising from, among other things, the alleged

deprivation of the infant-Plaintiff's rights under the Fourth (Search and Seizure) and Fourteenth

Amendments (Right to Privacy) to the United States Constitution, and seeking redress pursuant to 42 U.S.C § 1983. (*See* Compl. at ¶¶ 46-58.) As such, the Complaint raises a federal question.

3.    In addition to the above, this Court has original jurisdiction, pursuant to 28 U.S.C. §1331, in that the Plaintiff has alleged a cause of action arising under the Constitution of the United States.  By virtue of 28 U.S.C. § 1441(a), this cause of action is removable to this Court.

4.    Defendants, MONROE-WOODBURY CENTRAL SCHOOL DISTRICT, THE BOARD OF EDUCATION OF THE MONROE WOODBURY CENTRAL SCHOOL DISTRICT, MONROE WOODBURY HIGH SCHOOL, JASON McELROY, DYLAN FERRIER and LESLIE DIMAS were purportedly served with a copy of the initial pleading or about December 19, 2025.

5.    In accordance with 28 U.S.C. § 1446(b), this Notice of Removal is filed within 30 days after receipt by the Defendants of a copy of the initial pleading. Based upon the facts set forth above, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

6.    Pursuant to 28 U.S.C. §1446(a), a copy of the Complaint, which constitutes all process, pleadings or orders served or filed by the parties in the Supreme Court of the State of New York, are attached hereto as part of <u>Exhibit A</u> and made a part of this Notice by reference.

7.    Defendant MONROE-WOODBURY CENTRAL SCHOOL DISTRICT, THE BOARD OF EDUCATION OF THE MONROE WOODBURY CENTRAL SCHOOL DISTRICT, MONROE WOODBURY HIGH SCHOOL, JASON McELROY, DYLAN FERRIER and LESLIE DIMAS,  will pay all costs (disbursements) by reason of this removal proceeding should it be determined that this case is not removable or is improperly removed.

8.    This Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

**WHEREFORE**, and without waiver of any substantial or procedural defenses,

MONROE-WOODBURY CENTRAL SCHOOL DISTRICT, THE BOARD OF EDUCATION

OF THE MONROE WOODBURY CENTRAL SCHOOL DISTRICT, MONROE

WOODBURY HIGH SCHOOL, JASON McELROY, DYLAN FERRIER and LESLIE DIMAS

request that this Court assume jurisdiction over this action and make such further orders herein

as may be required to properly determine its controversy.

Dated:       White Plains, New York
             January 13, 2026

                                    Respectfully submitted,

                              **SILVERMAN & ASSOCIATES**

                              By:_____
                                    Lewis R. Silverman
                                    Silverman & Associates
                                    445 Hamilton Avenue, Suite 1102
                                    White Plains, New York 10601
                                    Tel. No.: (914) 574 – 4510
                                    *Attorneys for Defendants, Monroe-*
                                    *Woodbury Central School District, The*
                                    *Board Of Education Of The Monroe*
                                    *Woodbury Central School District, Monroe*
                                    *Woodbury High School, Jason Mcelroy,*
                                    *Dylan Derrier And Leslie Dimas*

To:    Wesley Simpson, P.C.
       Attorney for Plaintiffs,
       *D.M., An Infant, by her father and Natural*
       *Guardian, Julio Ceaser Morales, and*
       *Julio Ceaser Morales, Individually*
       1016 Ralph Avenue, 1st Floor
       Brooklyn, New York 11236