USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   2/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                                      :
D.M. et al.,                                                          :
                                                                      :
                                                                      :
      -v-                                                             :               26-CV-306 (NSR)
                                                                      :
                                                                      :
Monroe-Woodbury Central School District et al.,                       :               ORDER
                                                                      :
                   Defendants                                         :
---------------------------------------------------------------------- :
                                                                      X

NELSON S. ROMÁN, United States District Judge:

Plaintiffs' motion to remand is DENIED without prejudice for failure to follow the Court's Individual Practices. The moving papers already filed shall remain operative. The briefing schedule is set as follows:

-   Defendants' opposition papers shall be served (not filed) on April 13, 2026; and

-   Plaintiffs' reply papers shall be served on April 29, 2026.

The parties are directed to file all motion documents on the reply date, April 29, 2026. The parties are further directed to mail two (2) physical courtesy copies and email one (1) electronic copy (PDF format) of all motion documents to Chambers at the time the papers are served. The Clerk of Court is kindly directed to terminate the motion at ECF No. 10.

Dated: February 13, 2026
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge